IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:14-CR-08-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THEORDORE HALL | ) | |

This matter comes before the Court on defendant's motion to withdraw a previously filed motion. [DE 43]. On February 18, 2015, Mr. Hall filed a motion for return of seized property [DE 38], to which the government responded [DE 41]. The Court then issued an order informing defendant that the relief he sought was that which would result from a motion under 28 U.S.C. § 2255 and instructing him to confirm or deny his intent to file a § 2255 within thirty days of April 2, 2015. [DE 42]. Defendant responded by asking the Court to allow him to withdraw the motion for return of seized properly. For good cause shown, defendant's motion to withdraw [DE 43] is GRANTED.

Accordingly, defendant's motion for return of seized property [DE 38] is DISMISSED WITHOUT PREJUDICE. Should petitioner wish to file a motion pursuant to § 2255 in the future, he should do so on the appropriate forms which are available from the Clerk.

SO ORDERED, this the 20 day of April, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE